IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OCTAVIUS T. McDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv670-MHT |
| | ) | (WO) |
| EASTERLING CORRECTIONAL | ) | |
| FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining about inadequate medical and mental healthcare.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Easterling Correctional Facility be dismissed with prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of October, 2016.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**