IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
OCTAVIUS T. MCDONALD,        )
                             )
    Plaintiff,               )
                             )
    v.                       )    CIVIL ACTION NO.
                             )      2:16cv670-MHT
                             )          (WO)
EASTERLING CORRECTIONAL      )
FACILITY, et al.,            )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) Plaintiff's claims against defendant Easterling Correctional Facility are dismissed with prejudice.

(3) Defendant Easterling Correctional Facility is dismissed and terminated as a party to this case.

It is further ORDERED that no costs are taxed.

This case is not closed, and is referred back to the Magistrate Judge for further proceedings.

DONE, this the 3rd day of October, 2016.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**