IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OCTAVIUS T. McDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv670-MHT |
| | ) | (WO) |
| MS. McCLURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Octavius T. McDonald, a former state inmate, filed this lawsuit complaining that he was denied appropriate mental-health treatment while incarcerated, and that, as a result, he repeatedly cut himself.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for plaintiff's failure to prosecute this action and comply with the orders of the court.  There are no objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of February, 2017.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**